ACCEPTED
03-13-00013-CR
4555346
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/18/2015 6:04:22 PM
JEFFREY D. KYLE
CLERK

March 18, 2015

Mr. Jeffrey D. Kyle,
Clerk
Court of Appeals for the Third District
P.O. Box 12547
Austin, TX 78711-2547
(512) 463-1733

Ms. Giselle Horton
Assistant County Attorney
Travis County, Texas
P.O. Box 1748
Austin, TX 78767
*delivered via email*

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/18/2015 6:04:22 PM
JEFFREY D. KYLE
Clerk

The Honorable Lisa C. McMinn
State Prosecuting Attorney
P.O. Box 13046
Austin, TX 78711
*delivered via e-mail*

    Re:  *Cause No.: 03-13-00013-CR; Trial Court No. C-1-CR-12-214313,*
*Jerry Anderson v. State of Texas*

Dear Mr. Kyle,

This letter is to certify that I sent Jerry Anderson a copy of the opinion and judgment, along with notification of the defendant's right to file a *pro se* petition for discretionary review under Rule 68, sent certified mail, return receipt requested, to the defendant at his last known address. A copy of the return receipt is included.

Sincerely yours,


/s/ Lisa Marie Mims
Lisa Marie Mims
P.O. Box 141218
Austin, TX 78714-1218
Tel. (512) 417-8357
Fax: (512) 532-6683
lisamariemims@gmail.com

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

AUSTIN TX 78741

| | | | |
|---|---|---|---|
| Postage | $ | $0.91 | 0125 |
| Certified Fee | | $3.30 | 03 |
| Return Receipt Fee (Endorsement Required) | | $2.70 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $6.91 | 03/17/2015 |

Sent To Jerry Anderson

Street & Apt. No., or PO Box No. 2314 Parker Lane, #12

City, State, ZIP+4 Austin, TX 78741

PS Form 3800, July 2014          See Reverse for Instructions